# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2025

## NO. 03-23-00541-CV

**Wylie Cavin and Lillian Cavin, Appellants**

**v.**

**William Abbott, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the final order signed by the trial court on December 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final order. Therefore, the Court affirms the trial court's final order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.